# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 493 EAL 2016
                                :
                    Respondent  :
                                :   Petition for Allowance of Appeal from
                                :   the Order of the Superior Court
            v.                  :
                                :
                                :
SEAN AUSTIN,                    :
                                :
                    Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.